**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN EFRAIN REYES,<br><br>　　　　　　　　Defendant. | Case No. __20-cr-03411-AJB__<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 –<br>Importation of Fentanyl<br>(Felony) |

　　The United States Attorney charges:

　　On or about September 30, 2020, within the Southern District of California, defendant, ADRIAN EFRAIN REYES, did knowingly and intentionally import 400 grams and more, to wit: approximately 5.84 kilograms (12.84 pounds) of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　DATED: __10/28/2020__.

　　　　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ James Miao*

　　　　　　　　　　　　　　　　　　JAMES MIAO
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

JYM:ym:10/22/2020